Mitchel Valcich, Appellant, *v.* Depot Warehouse Realty, Inc., Respondent.

Argued February 28, 1955; decided April 14, 1955.

*Albert Adams* and *George A. Ferris* for appellant.

*Paul R. Shaw, Robert A. Siebert* and *Whilemina Paulus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.